UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JUAN FRANCISCO ESPINOZA-JIMENEZ,<br><br>    Defendant | CASE NO: 20-CR-1202-DMS<br><br>**ORDER AUTHORIZING JAIL ACCESS** |

**IT IS HEREBY ORDERED** that GEO San Diego Detention Facility shall permit Francisco Gomez, Ph.D., to enter GEO San Diego for a contact visit and be provided with a private interview room to conduct interviews with Juan Francisco Espinoza-Jimenez.

**IT IS FURTHER ORDERED** that this order shall be a continuing order to permit Francisco Gomez, Ph.D., access on an "as needed" basis to conduct interviews as necessary.

IT IS SO ORDERED

Dated:  4/2/2021

                                        Honorable Dana M. Sabraw
                                        United States District Court Judge